RECEIVED
IN MONROE, LA

APR - 9 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-30044 |
| VERSUS | * | JUDGE JAMES |
| EDGAR BENITEZ JAIMEZ | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Edgar Benitez Jaimez, and adjudges him guilty of the offense charged in Count One of the indictment and Count Two's forfeiture charge.

THUS DONE AND SIGNED this 9 day of April, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION